No. 728. CARRIE M. WARD, PLAINTIFF IN ERROR, *v.* CLEVELAND TRUST COMPANY ET AL. In error to the Supreme Court of the State of Ohio. Motion to docket and dismiss submitted May 16, 1904. Decided May 31, 1904. Motion to docket and dismiss granted, and case docketed and dismissed with costs. *Mr. James Rudolph Garfield* for defendants in error in support of motion. No one opposing.

———

No. 227. NATIONAL MUTUAL BUILDING AND LOAN ASSOCIATION OF NEW YORK, PLAINTIFF IN ERROR, *v.* G. R. FARNHAM, EXECUTOR, ETC. In error to the Supreme Court of the State of Mississippi. Submitted April 18, 1904. Decided April 25, 1904. *Per Curiam.* Judgment affirmed with costs and interest, on the authority of *The National Mutual Building and Loan Association of New York v. Brahan*, 193 U. S. 635. *Mr. J. S. Sexton* and *Mr. A. S. Bozeman* for plaintiff in error. *Mr. J. C. Bryson* for defendant in error.

———

No. 249. BERLIN IRON BRIDGE COMPANY, PLAINTIFF IN ERROR, *v.* WILLIAM BRENNAN. In error to the Supreme Court of Errors of the State of Connecticut. Argued April 26, 1904. Decided May 16, 1904. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Wabash Railroad Co. v. Flannigan*, 192 U. S. 29; *New Orleans Waterworks Company v. Louisiana*, 185 U. S. 336; *Union and Planters' Bank v. Memphis*, 189 U. S. 71; *Phœnix Insurance Company v. Tennessee*, 161 U. S. 174. See *Brennan v. Berlin Iron Bridge Company*, 75 Connecticut, 393. *Mr. Seymour C. Loomis* and *Mr. Edward C. Jones* for plaintiff in error. *Mr. John O'Neill, Mr. William Kennedy* and *Miss Susan C. O'Neill* for defendant in error.